The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLUETOOTH SIG, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-01493-RAJ<br><br>**ORDER ADOPTING THE PARTIES' JOINT STATEMENT ON FILING DOCUMENTS UNDER SEAL** |

　　　　This matter is before the Court on the parties' joint statement on the sealing of confidential documents. Dkt. # 197. In a previous order, the Court struck the parties' prolific motions to seal, which sought to file under seal several documents related to the parties' cross motions for summary judgment and Defendant FCA US LLC's *Daubert* motions. Dkt. # 148. In lieu of those motions to seal, the Court ordered the parties to submit a joint statement, consolidating for the Court all documents that they no longer deemed confidential and all documents that they still wanted sealed and their basis for sealing. *Id.*

ORDER ADOPTING THE PARTIES'
JOINT STATEMENT – 1

The parties have since filed that joint statement, which the Court now approves and adopts. Dkt. # 197. IT IS HEREBY ORDERED that, for good cause shown, the documents noted by the following docket entries and attachments thereto shall remain sealed: Dkt. ## 153, 154, 157, 169, 170, 174, 176, 181, 182, 184, 187, 191, 196.

DATED this 18th day of May, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge