HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

| | |
|---|---|
| BLUETOOTH SIG, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:18-cv-01493-RAJ<br><br>[PROPOSED] ORDER: DEFENDANT FCA US LLC'S RENEWED CONSENT MOTION TO FILE UNDER SEAL (1) PORTIONS OF ITS MOTIONS IN LIMINE AND (2) EXHIBITS TO THE DECLARATION OF ERICA CHANIN SUBMITTED THEREWITH<br><br>NOTE ON MOTION CALENDAR: February 13, 2023 |

[PROPOSED ORDER] FCA US LLC'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTIONS IN LIMINE AND EXHIBITS IN SUPPORT
CASE NO. 2:18-CV-01493-TL

1

Kilpatrick Townsend & Stockton
100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

This matter came before the Court on Defendant FCA US LLC's Renewed Motion to File Documents Under Seal. Having considered Defendant's Motion and the supporting materials and being fully advised in the matter, now, therefore, it is hereby:

**ORDERED** that FCA US LLC's Motion to Seal is **GRANTED;** and the Clerk is order to file the following under seal:

(i) FCA's Motions in Limine, and

(ii) Exhibits listed in Exhibit A to the Motion to Seal

Dated this 22nd day of February 2023.

Tana Lin
United States District Judge

[PROPOSED ORDER] FCA US LLC'S
MOTION TO FILE UNDER SEAL
PORTIONS OF ITS MOTIONS IN
LIMINE AND EXHIBITS IN SUPPORT
CASE NO. 2:18-CV-01493-TL

2

Kilpatrick Townsend & Stockton
100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500