THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| BLUETOOTH SIG, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:18-cv-01493<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF BLUETOOTH SIG, INC.'S MOTION TO SEAL**<br><br>Complaint filed: October 11, 2018<br>Trial Date: March 13, 2023<br>Note on Motion Calendar: February 13, 2023 |

[PROPOSED] ORDER GRANTING
BLUETOOTH SIG, INC.'S MOTION TO SEAL
CASE NO. 2:18-CV-01493-TL

BROWN RUDNICK LLP
601 THIRTEENTH STREET NW, SUITE 600
WASHINGTON, DC 20005
(202) 536-1700

1  Plaintiff Bluetooth SIG, Inc.'s renewed *Motion to Seal* came before the Court on February
2  13, 2023, the Honorable Tana Lin presiding. The Court has considered the papers submitted by
3  the parties along with relevant supporting evidence.
4  Accordingly, the Court ORDERS that Plaintiff Bluetooth SIG, Inc.'s *Motion to Seal* is
5  GRANTED.
6  Dated this 22nd day of February 2023.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING
BLUETOOTH SIG, INC.'S MOTION TO SEAL
CASE NO. 2:18-CV-01493-TL

BROWN RUDNICK LLP
601 THIRTEENTH STREET NW, SUITE 600
WASHINGTON, DC 20005
(202) 536-1700