HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BLUETOOTH SIG, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:18-cv-01493-TL<br><br>[PROPOSED] **STIPULATED ORDER OF DISMISSAL** |

Having considered the Parties' Joint Stipulation of Dismissal and finding good cause for the same motion, the COURT hereby GRANTS the Parties' Joint Stipulation and orders that all claims and counterclaims asserted by and between the Parties in this matter are hereby dismissed with prejudice, with each party to bear their own costs, expenses, and fees.

SO ORDERED this 3rd day of March 2023,

*/s/ Tana Lin*
Tana Lin
United States District Judge